Tax Commission determined that the consolidation agreement was a mortgage and that a recording tax was payable thereon. It also determined that a separate recording tax was payable upon the $250,000 mortgage. The Appellate Division annulled the latter determination.

*Albert Ottinger, Attorney-General (Henry S. Manley* of counsel), for appellant.

*Max Miller* and *Jacob Feld* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: CARDOZO and POUND, JJ.

---

In the Matter of the Application of MURRAY HULBERT, Appellant, for a Peremptory Order of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent.

*New York city — officers — forfeiture of office of president of board of aldermen by accepting office on State commission.*

*Matter of Hulbert v. Craig, 213 App. Div. 865, affirmed.*

(Argued October 7, 1925; decided October 27, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1925, which affirmed an order of Special Term denying a motion for a peremptory order of mandamus to compel the comptroller of the city of New York to restore the petitioner's name to the payrolls of the city as president of the board of aldermen; to require the comptroller to comply with the payroll for October, 1924, upon which the petitioner's name appeared as entitled to $1,250, his statutory salary for the month as president of the board of aldermen; and to deliver to him a check for that sum. The motion was denied, on the ground that, by accepting in April, 1924, appointment by the Governor to membership on the Finger Lakes State Park Commission, petitioner had forfeited his office as president of the board of aldermen, pursuant to section 1549 of the New York city charter.

*Charles H. Tuttle, Carl E. Peterson* and *Murray C. Bernays* for appellant.

*Charles L. Craig* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDNA F. STEIGER, Appellant, *v.* WILLIAM T. COLLINS, as Acting Mayor of the City of New York, Defendant, and CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent.

*New York city — civil service — commissioner of accounts without power to appoint unauthorized expert investigator and examiner.*

*Matter of Steiger* v. *Collins*, 213 App. Div. 76, affirmed.

(Argued October 7, 1925; decided October 27, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1925, which reversed an order of Special Term granting a motion for a peremptory order of mandamus to compel the comptroller of the city of New York to audit and pay relator her claim for services rendered as an alleged expert investigator and examiner in the office of the commissioner of accounts at compensation fixed by such commissioner. The Appellate Division held that the commissioner of accounts had no power to employ an " expert " under the conditions disclosed by the record and had at his disposal no such office either within or without the classified service.

*Wilber W. Chambers* for appellant.

*Charles L. Craig* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.